UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

---

CARLOS ANTONIO GUZMAN TORRES,
and JOSE SANTOS GUZMAN TORRES,
on behalf of themselves and all others
similarly situated,

                                                      Plaintiffs,

v.                                                                        CASE NO.  3:24cv343(RCY)

MANGANARO MIDATLANTIC, LLC,

                                                       Defendant.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

---

      Plaintiffs Carlos Antonio Guzman Torres and Jose Santos Guzman Torres, without opposition of the Defendant Manganaro Midatlantic LLC, respectfully move the Court to 1) preliminarily certify the proposed Rule 23 Class identified herein for the purpose of settlement; 2) preliminarily approve the Class Action Settlement Agreement ("Agreement") between the Parties; and 3) set a fairness hearing to address the same. A copy of the Agreement is attached as Exhibit 1 to this Motion.

      If the Court grants preliminary approval, the Claims Administrator selected by the Parties will distribute the Notice of Settlement and accompanying forms to Class Members. A copy of the Notice to the Class is attached as Exhibit 2 to this Motion. Once the Notice Period has concluded, the Parties will appear before the Court for final approval of the settlement.

This Motion is based on the accompanying Memorandum of Law, Declarations of Zev Antell and Timothy Coffield, Collective/Class Counsel, the associated exhibits, and the entire record of this action.

**Dated**: September 12, 2025

Respectfully submitted,


By:  ___*Zev Antell*_____
Craig Juraj Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Telephone: (804) 648-4848
Fax: (804) 237-0413
Email: craig@butlercurwood.com
zev@butlercurwood.com

Timothy Coffield (VSB 83430)
Coffield PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
Phone: 434-218-3133
Fax: 434-321-1636
tc@coffieldlaw.com


*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, I electronically filed the foregoing document with the Court's ECF system, which will send electronic notice of the same to all counsel of record.

/s/ *Zev Antell*
Zev Antell
